AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Frank Saunders

V.

City of Chicago, et al

| | |
|---|---|
| CASE NUMBER: | 1:18-cv-5125 |
| ASSIGNED JUDGE: | Hon. John Z. Lee |
| DESIGNATED MAGISTRATE JUDGE: | Hon. Michael Mason |

TO: (Name and address of Defendant)

Lamonica Lewis
Office of Legal Affairs
3510 S. Michigan, 5th FL
Chicago, IL 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Scott Rauscher
Loevy & Loevy
311 N. Aberdeen, 3rd FL
Chicago, IL 60607

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_/s/ Padmaja Janecek_
(By) DEPUTY CLERK



August 9, 2018
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 8/15/2018 |
| NAME OF SERVER (PRINT) Hugo Salgado | TITLE Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: __Flores__

☐ Returned unexecuted: _____

☒ Other (specify): Via hand delivery to the Chicago Police Department, Office of Legal Affairs, 3510 S. Michigan Ave, 5th Floor, Chicago, IL 60602

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/15/2018            Hugo Salgado
              *Date*              *Signature of Server*

                                  2040 N. Milwaukee Ave., Chicago, IL 60647
                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.